UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------

JOSEPH CAPICI, et al.,

                                    Plaintiffs,

                                                    **ORDER OF DISCONTINUANCE**

            v.
                                                    CV-03-4260 (NGG)

BRUCE E. SHARP,

                                    Defendant.

------------------------------------------------------------------------------

GARAUFIS, J.

        It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action

if the settlement is not consummated.

                                    SO ORDERED.

                                    _____
                                    NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:        Brooklyn, N.Y.
              May 10, 2005

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 1 2005 ★

BROOKLYN OFFICE